FILED  
United States Court of Appeals  
Tenth Circuit

June 28, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

JUSTIN HOOPER,

    Plaintiff - Appellant,

v.

THE CITY OF TULSA,

    Defendant - Appellee.

------------------------------

CHEROKEE NATION; CHICKASAW NATION; CHOCTAW NATION OF OKLAHOMA; QUAPAW NATION; SEMINOLE NATION OF OKLAHOMA; MUSCOGEE (CREEK) NATION; STATE OF OKLAHOMA; OKLAHOMA ASSOCIATION OF MUNICIPAL ATTORNEYS,

    Amici Curiae.

No. 22-5034  
(D.C. No. 4:21-CV-00165-WPJ-JFJ)  
(N.D. Okla.)

---

**JUDGMENT**

---

Before **McHUGH**, **EID**, and **CARSON**, Circuit Judges.

---

    This case originated in the Norther District of Oklahoma and was argued by counsel.

The judgment of that court is reversed and vacated. The case is remanded to the United States District Court for the Northern District of Oaklahoma for further proceedings in accordance with the opinion of this court.

                                              Entered for the Court

                                              CHRISTOPHER M. WOLPERT, Clerk