FILED  
United States Court of Appeals  
Tenth Circuit

July 19, 2023

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

───────────────────────────────

JUSTIN HOOPER,

    Plaintiff - Appellant,

v.

THE CITY OF TULSA,

    Defendant - Appellee.

------------------------------

CHEROKEE NATION, et al.,

    Amici Curiae.

No. 22-5034  
(D.C. No. 4:21-CV-00165-WPJ-JFJ)  
(N.D. Okla.)

───────────────────────────────

**ORDER**

───────────────────────────────

Before **McHUGH**, **EID**, and **CARSON**, Circuit Judges.

───────────────────────────────

This matter is before the court on the *City of Tulsa's Opposed Motion to Stay the Mandate Pending the Filing of a Petition for Writ of Certiorari*, *Plaintiff/Appellant's Response to the City of Tulsa's Opposed Motion to Stay the Mandate Pending the Filing of a Petition for Writ of Certiorari* and the *Response of the Muscogee (Creek) Nation, Seminole Nation of Oklahoma, Cherokee Nation, Chickasaw Nation, Choctaw Nation of Oklahoma, and the Quapaw Nation to the City of Tulsa's Opposed Motion for Stay Pending the Filing of a Petition for Writ of Certiorari*. Upon review and consideration,

appellee's motion to stay the mandate pending the filing of a petition for a writ of certiorari in the Supreme Court is denied.

                                        Entered for the Court

                                        CHRISTOPHER M. WOLPERT, Clerk